UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TYRONE GOVAN,

                Plaintiff,

v.                                            ORDER

THE CITY OF MOUNT VENON, et al.,        19-CV-08830 (PMH)

                Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

    As there has been no activity on this docket since the parties' conference with the Court on February 4, 2021, the parties are directed to submit a joint letter to the Court via ECF concerning the status of this action, including the exchange of materials in connection with summary judgment, by May 3, 2021.

SO ORDERED.

Dated:  White Plains, New York
         April 26, 2021

                                                                _____
                                                                 Philip M. Halpern
                                                                 United States District Judge