

**THE QUINN LAW FIRM**

399 KNOLLWOOD ROAD, SUITE 220
WHITE PLAINS, NEW YORK 10603
Tel: 914.997.0555
Fax: 914.997.0550

35 Worth Street
New York, NY 10013
Tel: 646.398.3909

> The parties are directed to file an Order and Stipulation dismissing claims alleged against defendant King by 9/3/2021. The conference scheduled for 10/12/2021 will proceed as scheduled. At least one week prior to the conference, the parties shall file a joint letter setting forth the dates of mutual availability for trial in the First Quarter of 2022 (Jan-Feb-Mar).
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> August 26, 2021

<u>*Via ECF*</u>

The Honorable Philip M. Halpern
The Hon. Charles L. Brieant Dr.
Federal Building and United States
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Tyrone Govan v. City of Mount Vernon, et al.
      Docket No.: 19-CV-8830 (PMH)

Dear Judge Halpern:

As you are aware, D. Andrew Marshall, Esq. represents Plaintiff Tyrone Govan and The Quinn Law Firm PLLC represents all named Defendants in the above-referenced matter.

As the Court is also aware, pursuant to the motion schedule ordered by the Court on July 7, 2021, Defendants are to serve their motion for partial summary judgment on Plaintiff today, August 25, 2021. In an effort to avoid unnecessary motion practice, the parties have continued their efforts to narrow the claims for trial. As a result of these discussions, Plaintiff has agreed to withdraw all claims against Defendant Police Officer Patrick King, and Defendants will not move for partial summary judgment on the existing claims against the remaining Defendants.

The parties are prepared to file a proposed order and stipulation dismissing Defendant Police Officer Patrick King and updating the remaining claims to be tried.

In light of Defendants' foregoing of motion practice, the parties are available to discuss scheduling a date for trial at the next conference on October 12, 2021, or at an earlier date and time at the convenience of the Court.

Thank you for your time and attention to this matter.

Respectfully submitted,

_____  _____
Marykate Acquisto, Esq.   Andrew Marshall, Esq.
The Quinn Law Firm PLLC   *Attorney for Plaintiff*
*Attorneys for Defendants*