UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYRONE GOVAN,

                      Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　ORDER

THE CITY OF MOUNT VENON, et al.,　　　　19-CV-08830 (PMH)

                      Defendants.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The Court hereby advances the deadline for the parties to submit their Individual Practices Rule 6.B. submissions from December 29, 2021 to November 29, 2021.

      Accordingly, the parties' Rule 6.B. submissions, which includes motions in limine, proposed joint voir dire, joint requests to charge, joint verdict form, and pretrial memoranda, if any, shall be submitted in accordance with the Court's Individual Practices (dated May 25, 2021) by **November 29, 2021**.

SO ORDERED.

Dated: White Plains, New York
       November 4, 2021

                                               _____
                                             Philip M. Halpern
                                             United States District Judge