UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TYRONE GOVAN,

                        Plaintiff,

v.                                                       ORDER

THE CITY OF MOUNT VENON, et al.,            19-CV-08830 (PMH)

                       Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Pursuant to the Court's November 4, 2021 Order (Doc. 63) and Individual Practices Rule 6.B., submissions of motions in limine, proposed <u>joint</u> voir dire, <u>joint</u> requests to charge, <u>joint</u> verdict form, and pretrial memoranda, if any, were due yesterday, November 29, 2021. Defendants filed a motion in limine and proposed voir dire questions. (Docs. 66-68).

      Because the parties substantially failed to comply with the Court's Order and Individual Practices, the proposed voir dire questions are rejected. Accordingly, by December 6, 2021, the parties shall meet and confer to prepare and file proposed <u>joint</u> voir dire, <u>joint</u> requests to charge, and a <u>joint</u> verdict form, in accordance with the Court's Individual Practices Rule 6.B. The foregoing documents in Word format should contemporaneously be e-mailed to HalpernNYSDChambers@nysd.uscourts.gov.

      The Clerk of Court is respectfully directed to strike document number 68 from the docket.

SO ORDERED.

Dated:  White Plains, New York
          November 30, 2021

                                                                   _____
                                                                 Philip M. Halpern
                                                                 United States District Judge