UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TYRONE GOVAN,

                Plaintiff,

v.

                                                  ORDER

THE CITY OF MOUNT VENON, et al.,

                                                  19-CV-08830 (PMH)

                Defendants.
-------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On consent of the parties, for the reasons discussed on the record during the trial on January 20, 2022, the action is dismissed as against defendant the City of Mount Vernon. (See transcript).

The Clerk of Court is respectfully requested to terminate the City of Mount Vernon as a defendant herein.

SO ORDERED.

Dated: White Plains, New York
         January 21, 2022

                                                                _____
                                                                Philip M. Halpern
                                                                United States District Judge