UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TYRONE GOVAN,

                Plaintiff,

-against-

THE CITY OF MOUNT VERNON, and
DETECTIVE SERGEANT SEAN FEGAN,
DETECTIVE CAMILO ANTONINI, Shield #111,
POLICE OFFICER ROBERT PUFF, Shield #2154,
POLICE OFFICER "JOHN" VALENTE, Shield
#2059,

                Defendants.
-----------------------------------------------------------X

19 CIVIL 8830 (PMH)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Philip M. Halpern, United States District Judge, the jury returned a verdict in favor of Defendants, and therefore the Amended Complaint is hereby dismissed.

DATED: New York, New York
             January 21, 2022

RUBY J. KRAJICK
Clerk of Court

So Ordered:

_____
U.S.D.J.

BY: _____
Deputy Clerk